# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **David Abed** | Bankruptcy No. 16-33417 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #22)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 27, 2017.

Dated: July 27, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **David Abed,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Frank L Vosholler**    flv@frankvlaw.com, flv@frankvlaw.com
- **Zane Zielinski, Trustee**    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

## MANUAL SERVICE LIST

| | |
|---|---|
| Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 |
| Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | David Abed<br>15047 COPTER LN<br>ROMEOVILLE, IL  60446 |
| | |
| | |
| | |
| | |
| | |