# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David Abed | § | Case No. 16-33417 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 111,950.00 *(Without deducting any secured claims)* | Assets Exempt: 18,198.00 |
| Total Distributions to Claimants: 7,353.40 | Claims Discharged Without Payment: 43,012.62 |
| Total Expenses of Administration: 1,696.78 | |

3) Total gross receipts of $ 11,305.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,254.82  (see **Exhibit 2**), yielded net receipts of $ 9,050.18  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 32,108.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,696.78 | 1,696.78 | 1,696.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,412.00 | 18,258.02 | 18,258.02 | 7,353.40 |
| **TOTAL DISBURSEMENTS** | $ 50,520.00 | $ 19,954.80 | $ 19,954.80 | $ 9,050.18 |

4) This case was originally filed under chapter 7 on 10/19/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017           By:/s/Zane L. Zielinski, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund | 1229-000 | 11,305.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,305.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Abed | Non-Estate Funds Paid to Third Parties | 8500-022 | 2,254.82 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,254.82** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Infiniti Fin Svcs, Po Box 660360 Dallas, TX 75266 | | 32,108.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 32,108.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,655.02 | 1,655.02 | 1,655.02 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 13.80 | 13.80 | 13.80 |
| Associated Bank | 2600-000 | NA | 27.96 | 27.96 | 27.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,696.78 | $ 1,696.78 | $ 1,696.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, Po Box 8803 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Blitt & Gaines, 661 Glenn Ave. Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Blitt & Gaines, 661 Glenn Ave. Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Capital One, Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Ccs/first National Ban, 500 E 60th St N Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | Ccs/first Savings Bank, 500 E 60th St N Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Fsb Blaze, 5501 S Broadband Ln Sioux Falls, SD 57108 | | 0.00 | NA | NA | 0.00 |
| | Nissan-infiniti Lt, 2901 Kinwest Pkwy Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan-infiniti Lt, 2901 Kinwest Pkwy Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Receivables Performanc, 20816 44th Ave W Lynnwood, WA 98036 | | 0.00 | NA | NA | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 10,801.00 | 10,801.15 | 10,801.15 | 4,350.15 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 4,666.00 | 4,666.07 | 4,666.07 | 1,879.25 |
| 1 | Navient Solutions, Inc. | 7100-000 | 815.00 | 630.09 | 630.09 | 253.77 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 789.00 | 784.33 | 784.33 | 315.89 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,341.00 | 1,376.38 | 1,376.38 | 554.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,412.00 | $ 18,258.02 | $ 18,258.02 | $ 7,353.40 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-33417 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | David Abed | | | | Date Filed (f) or Converted (c): | 10/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 10/02/2017 | | | | Claims Bar Date: | 06/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15047 Copter Ln Romeoville Il 60446-0000 Will | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 2. 2013 Infiniti Fx37 Mileage: 88000 | 23,600.00 | 23,600.00 | | 0.00 | FA |
| 3. Household Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. All Other Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 5. Clothing Owned By Debtors At Debtors' Residence And In Debto | 800.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account At Bmo Harris | 500.00 | 0.00 | | 0.00 | FA |
| 7. Harris | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401K | 13,398.00 | 0.00 | | 0.00 | FA |
| 9. 2016 Tax Refund (u) | Unknown | 9,050.18 | | 11,305.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $130,148.00         $122,650.18              $11,305.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):            Current Projected Date of Final Report (TFR):

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-33417 | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | David Abed | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1643 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1041 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/02/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/17 | 9 | United States Treasury IRS Refund Check | 2016 Taxe Refund | 1229-000 | $11,305.00 | | $11,305.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.01 | $11,291.99 |
| 05/08/17 | 5001 | David Abed 15047 COPTER LN ROMEOVILLE, IL  60446 | Post Petition Tax Refund | 8500-022 | | $2,254.82 | $9,037.17 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.95 | $9,022.22 |
| 08/18/17 | 5002 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,668.82 | $7,353.40 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($1,655.02) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($13.80) | 2200-000 | | | |
| 08/18/17 | 5003 | Navient Solutions, Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Final distribution to claim 1 representing a payment of 40.28 % per court order. | 7100-000 | | $253.77 | $7,099.63 |
| 08/18/17 | 5004 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $870.23 | $6,229.40 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 representing a payment of 40.28 % per court order.   ($315.89) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 40.28 % per court order.   ($554.34) | 7100-000 | | | |

Page Subtotals:   $11,305.00   $5,075.60

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-33417 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | David Abed | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1643 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1041 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/17 | 5005 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $6,229.40 | $0.00 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 40.27 % per court order.   ($4,350.15) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 40.28 % per court order.   ($1,879.25) | 7100-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,305.00 | $11,305.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,305.00 | $11,305.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,305.00 | $11,305.00 |

Page Subtotals: $0.00    $6,229.40

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1643 - Checking | $11,305.00 | $11,305.00 | $0.00 |
|  | $11,305.00 | $11,305.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $11,305.00 |
| **Total Gross Receipts:** | $11,305.00 |

Page Subtotals: $0.00   $0.00